UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES N. ELIA,<br><br>                Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>                Defendant. | Case No.: 18cv74-LAB (JLB)<br><br>**ORDER OF DISMISSAL** |

The parties' joint motion to dismiss (Docket no. 50) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**, and the parties shall each bear their own costs and attorney's fees. All pending dates are **VACATED**.

**IT IS SO ORDERED**.

Dated: July 30, 2019

_Larry A. Burns_
Hon. Larry Alan Burns
Chief United States District Judge